UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| HAROLD G. MALLON, Derivatively on Behalf of METLIFE, INC., <br><br> Plaintiff, <br><br> v. <br><br> STEVEN A. KANDARIAN, ERIC T. STEIGERWALT, WILLIAM J. WHEELER, PETER M. CARLSON, CHERYL W. GRISÉ, HUGH B. PRICE, JOHN M. KEANE, KENTON J. SICCHITANO, SYLVIA MATHEWS BURWELL, JAMES M. KILTS, R. GLENN HUBBARD, DAVID SATCHER, EDUARDO CASTRO-WRIGHT, LULU C. WANG, CATHERINE R. KINNEY, ALFRED F. KELLY, JR., C. ROBERT HENRIKSON, and WILLIAM J. MULLANEY, <br><br> Defendants, <br><br> -and- <br><br> METLIFE, INC., a Delaware corporation, <br><br> Nominal Defendant. | Case No. 1:12-cv-02323-LAK <br><br> ECF CASE <br><br> **MOTION FOR ADMISSION *PRO HAC VICE* FOR JAY N. RAZZOUK** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern District of New York, I, Jay N. Razzouk, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for plaintiff Harold G. Mallon in the above-captioned action.

I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: April 10, 2012

Respectfully Submitted,

_____
JAY N. RAZZOUK

ROBBINS UMEDA LLP
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: jrazzouk@robbinsumeda.com

Counsel for Plaintiff Alfred G. Mallon

717962

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

April 5, 2012

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JAY NABIL RAZZOUK, #258511 was admitted to the practice of law in this state by the Supreme Court of California on December 2, 2008; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

HAROLD G. MALLON, Derivatively on
Behalf of METLIFE, INC.,

                Plaintiff,

    v.

STEVEN A. KANDARIAN, ERIC T.
STEIGERWALT, WILLIAM J. WHEELER,
PETER M. CARLSON, CHERYL W.
GRISÉ, HUGH B. PRICE, JOHN M.
KEANE, KENTON J. SICCHITANO,
SYLVIA MATHEWS BURWELL, JAMES
M. KILTS, R. GLENN HUBBARD, DAVID
SATCHER, EDUARDO CASTRO-
WRIGHT, LULU C. WANG, CATHERINE
R. KINNEY, ALFRED F. KELLY, JR., C.
ROBERT HENRIKSON, and WILLIAM J.
MULLANEY,

                Defendants,

-and-

METLIFE, INC., a Delaware corporation,

                Nominal Defendant.

----------------------------------------X

Case No. 1:12-cv-02323-LAK

ECF CASE

**ORDER FOR ADMISSION *PRO HAC VICE* FOR JAY N. RAZZOUK**

      The motion of Jay N. Razzouk, for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

      Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

      Applicant's Name: Jay N. Razzouk

      Firm Name: Robbins Umeda LLP

      Address: 600 B Street, Suite 1900

      City/ State/ Zip: San Diego, CA 92101

      Telephone/ Facsimile: (619) 525-3990 (tel); (619) 525-3991 (fax)

      Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel

for plaintiff Harold G. Mallon in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at http://nysd.uscourts.gov/ecf_registration.php.

Dated: _____, 2012

                                                  _____
                                                  UNITED STATES DISTRICT COURT
                                                  JUDGE/ MAGISTRATE JUDGE

717975

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAROLD G. MALLON, Derivatively on Behalf of METLIFE, INC., <br><br>                Plaintiff, <br><br>v. <br><br>STEVEN A. KANDARIAN, ERIC T. STEIGERWALT, WILLIAM J. WHEELER, PETER M. CARLSON, CHERYL W. GRISÉ, HUGH B. PRICE, JOHN M. KEANE, KENTON J. SICCHITANO, SYLVIA MATHEWS BURWELL, JAMES M. KILTS, R. GLENN HUBBARD, DAVID SATCHER, EDUARDO CASTRO-WRIGHT, LULU C. WANG, CATHERINE R. KINNEY, ALFRED F. KELLY, JR., C. ROBERT HENRIKSON, and WILLIAM J. MULLANEY, <br><br>                Defendants, <br><br>-and- <br><br>METLIFE, INC., a Delaware corporation, <br><br>                Nominal Defendant. | Case No. 1:12-cv-02323-UA <br><br>ECF CASE <br><br>**CERTIFICATE OF SERVICE FOR MOTION FOR ADMISSION *PRO HAC VICE* FOR JAY N. RAZZOUK** |

I, Jay N. Razzouk, hereby certify that on April 11, 2012, I caused a true and correct copy of the Motion for Admission *Pro Hac Vice* for Jay N. Razzouk and supporting Order for Admission *Pro Hac Vice* to be served by U.S Mail to all counsel listed below:

**COUNSEL FOR PLAINTIFFS**

LAW OFFICES OF THOMAS G. AMON
THOMAS G. AMON
250 West 57th Street, Suite 1316
New York, NY 10107

LAW OFFICES OF ALFRED G.
  YATES, JR., P.C.
ALFRED G. YATES JR.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA  15219

**COUNSEL FOR DEFENDANTS**

DEBEVOISE & PLIMPTON LLP
MAEVE O'CONNOR
919 Third Avenue
New York, NY 10022

ROBBINS UMEDA LLP

_____
JAY N. RAZZOUK
600 B Street, Suite 1900
San Diego, CA 92101
Telephone:  (619) 525-3990
Facsimile:  (619) 525-3991
E-mail: jrazzouk@robbinsumeda.com

Counsel for Plaintiff

721930

- 1 -