UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HAROLD G. MALLON, Derivatively on Behalf of METLIFE, INC.,

            Plaintiff,

v.

STEVEN A. KANDARIAN, ERIC T. STEIGERWALT, WILLIAM J. WHEELER, PETER M. CARLSON, CHERYL W. GRISÉ, HUGH B. PRICE, JOHN M. KEANE, KENTON J. SICCHITANO, SYLVIA MATHEWS BURWELL, JAMES M. KILTS, R. GLENN HUBBARD, DAVID SATCHER, EDUARDO CASTRO-WRIGHT, LULU C. WANG, CATHERINE R. KINNEY, ALFRED F. KELLY, JR., C. ROBERT HENRIKSON, and WILLIAM J. MULLANEY,

            Defendants,

-and-

METLIFE, INC., a Delaware corporation,

            Nominal Defendant.

---

Case No. 1:12-cv-02323-LAK

ECF CASE

**MOTION FOR ADMISSION *PRO HAC VICE* FOR KEVIN A. SEELY**

---

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern District of New York, I, Kevin A. Seely, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for plaintiff Harold G. Mallon in the above-captioned action.

I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: April 10, 2012            Respectfully Submitted,

                                              KEVIN A. SEELY

ROBBINS UMEDA LLP
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: kseely@robbinsumeda.com

Counsel for Plaintiff Alfred G. Mallon

717953

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617    TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

April 5, 2012

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, KEVIN ANDREW SEELY, #199982 was admitted to the practice of law in this state by the Supreme Court of California on November 28, 1998; that from the date of admission to September 24, 1999, he was an ACTIVE member of the State Bar of California; that on September 24, 1999, he transferred at his request to the INACTIVE status; that from that data he was an ACTIVE member of the State Bar of California; that on January 1, 2001, he transferred at his request to the ACTIVE status; that he has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| HAROLD G. MALLON, Derivatively on Behalf of METLIFE, INC., <br><br> Plaintiff, <br><br> v. <br><br> STEVEN A. KANDARIAN, ERIC T. STEIGERWALT, WILLIAM J. WHEELER, PETER M. CARLSON, CHERYL W. GRISÉ, HUGH B. PRICE, JOHN M. KEANE, KENTON J. SICCHITANO, SYLVIA MATHEWS BURWELL, JAMES M. KILTS, R. GLENN HUBBARD, DAVID SATCHER, EDUARDO CASTRO-WRIGHT, LULU C. WANG, CATHERINE R. KINNEY, ALFRED F. KELLY, JR., C. ROBERT HENRIKSON, and WILLIAM J. MULLANEY, <br><br> Defendants, <br><br> -and- <br><br> METLIFE, INC., a Delaware corporation, <br><br> Nominal Defendant. | Case No. 1:12-cv-02323-LAK <br><br> ECF CASE <br><br> **ORDER FOR ADMISSION *PRO HAC VICE* FOR KEVIN A. SEELY** |

The motion of Kevin A. Seely, for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

Applicant's Name: Kevin A. Seely

Firm Name:  Robbins Umeda LLP

Address: 600 B Street, Suite 1900

City/ State/ Zip: San Diego, CA 92101

Telephone/ Facsimile: (619) 525-3990 (tel); (619) 525-3991 (fax)

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel

for plaintiff Harold G. Mallon in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at http://nysd.uscourts.gov/ecf_registration.php.

Dated: _____, 2012

                                        UNITED STATES DISTRICT COURT
                                        JUDGE/ MAGISTRATE JUDGE

717953

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| HAROLD G. MALLON, Derivatively on Behalf of METLIFE, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>STEVEN A. KANDARIAN, ERIC T. STEIGERWALT, WILLIAM J. WHEELER, PETER M. CARLSON, CHERYL W. GRISÉ, HUGH B. PRICE, JOHN M. KEANE, KENTON J. SICCHITANO, SYLVIA MATHEWS BURWELL, JAMES M. KILTS, R. GLENN HUBBARD, DAVID SATCHER, EDUARDO CASTRO-WRIGHT, LULU C. WANG, CATHERINE R. KINNEY, ALFRED F. KELLY, JR., C. ROBERT HENRIKSON, and WILLIAM J. MULLANEY,<br><br>      Defendants,<br><br> -and-<br><br>METLIFE, INC., a Delaware corporation,<br><br>      Nominal Defendant. | Case No. 1:12-cv-02323-UA<br><br>ECF CASE<br><br>**CERTIFICATE OF SERVICE FOR MOTION FOR ADMISSION *PRO HAC VICE* FOR KEVIN A. SEELY** |

I, Kevin A. Seely, hereby certify that on April 11, 2012, I caused a true and correct copy of the Motion for Admission *Pro Hac Vice* for Kevin A. Seely and supporting Order for Admission *Pro Hac Vice* to be served by U.S Mail to all counsel listed below:

**COUNSEL FOR PLAINTIFFS**

LAW OFFICES OF THOMAS G. AMON
THOMAS G. AMON
250 West 57th Street, Suite 1316
New York, NY 10107

LAW OFFICES OF ALFRED G.
  YATES, JR., P.C.
ALFRED G. YATES JR.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA  15219

**COUNSEL FOR DEFENDANTS**

DEBEVOISE & PLIMPTON LLP
MAEVE O'CONNOR
919 Third Avenue
New York, NY 10022

ROBBINS UMEDA LLP

_____
KEVIN A. SEELY

600 B Street, Suite 1900
San Diego, CA 92101
Telephone:  (619) 525-3990
Facsimile:  (619) 525-3991
E-mail:  kseely@robbinsumeda.com

Counsel for Plaintiff

721931

- 1 -