**MEMO ENDORSED** DOC # ___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HAROLD G. MALLON, Derivatively on Behalf of METLIFE, INC.,

    Plaintiff,

v.

STEVEN A. KANDARIAN, ERIC T. STEIGERWALT, WILLIAM J. WHEELER, PETER M. CARLSON, CHERYL W. GRISE, HUGH B. PRICE, JOHN M. KEANE, KENTON J. SICCHITANO, SYLVIA MATHEWS BURWELL, JAMES M. KILTS, R. GLENN HUBBARD, DAVID SATCHER, EDUARDO CASTRO-WRIGHT, LULU C. WANG, CATHERINE R. KINNEY, ALFRED F. KELLY, JR., C. ROBERT HENRIKSON, and WILLIAM J. MULLANEY,

    Defendants,

-and-

METLIFE, INC., a Delaware corporation,

    Nominal Defendant.

---

Case No. 1:12-cv-02323-LAK

ECF CASE

MOTION FOR ADMISSION *PRO HAC VICE* FOR KEVIN A. SEELY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/12

RECEIVED APR 19 2012 JUDGE KAPLAN'S CHAMBERS

Granted.
SO ORDERED
_____
LEWIS A. KAPLAN, USDJ
4/19/12

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern District of New York, I, Kevin A. Seely, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for plaintiff Harold G. Mallon in the above-captioned action.

I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: April 10, 2012        Respectfully Submitted,

                  _____
                  KEVIN A. SEELY