Kapla, J

RECEIVED
APR 19 2012
JUDGE KAPLAN'S CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
                                                        :
HAROLD G. MALLON, Derivatively on Behalf                :
of METLIFE, INC.,                                       :
                                                        :
                                    Plaintiff,          :
                                                        :
            v.                                          :
                                                        :
STEVEN A. KANDARIAN, ERIC T.                            :
STEIGERWALT, WILLIAM J. WHEELER,                        :
PETER M. CARLSON, CHERYL W. GRISÉ,                      :
HUGH B. PRICE, JOHN M. KEANE, KENTON                    :     12 Civ. 2323 (LAK)
J. SICCHITANO, SYLVIA MATHEWS                           :
BURWELL, JAMES M. KILTS, R. GLENN                       :
HUBBARD, DAVID SATCHER, EDUARDO                         :
CASTRO-WRIGHT, LULU C. WANG,                            :
CATHERINE R. KINNEY, ALFRED F.                          :
KELLY, JR., C. ROBERT HENRIKSON, and                    :
WILLIAM J. MULLANEY,                                    :
                                                        :
                                    Defendants,         :
                                                        :
            -and-                                       :
                                                        :
METLIFE, INC., a Delaware corporation,                  :
                                                        :
                                Nominal Defendant.      :
------------------------------------------------------- X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/12

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO COMPLAINT

TO THE HONORABLE COURT:

        WHEREAS, defendants Steven A. Kandarian, William J. Wheeler, Cheryl W. Grisé,

Hugh B. Price, John M. Keane, Sylvia Mathews Burwell, James M. Kilts, R. Glenn Hubbard,

David Satcher, Eduardo Castro-Wright, Lulu C. Wang, Catherine R. Kinney, Alfred F. Kelly, Jr.,

C. Robert Henrikson, and William J. Mullaney have executed waivers of service entitling them

under Fed. R. Civ. P. 4(d) to an extension of time to move or otherwise respond to the complaint

until and including June 4, 2012; and

WHEREAS, the parties wish to align the response dates of all defendants in the interest

of efficiency;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel, that the time for defendants Steven A. Kandarian, Eric T. Steigerwalt, William J.

Wheeler, Peter M. Carlson, Cheryl W. Grisé, Hugh B. Price, John M. Keane, Kenton J.

Sicchitano, Sylvia Mathews Burwell, James M. Kilts, R. Glenn Hubbard, David Satcher,

Eduardo Castro-Wright, Lulu C. Wang, Catherine R. Kinney, Alfred F. Kelly, Jr., C. Robert

Henrikson, and William J. Mullaney, and nominal defendant, MetLife, Inc., to appear, answer,

move or otherwise respond to the Complaint in the above proceeding shall be extended to and

including June 4, 2012.


Dated: New York, New York
      April 18, 2012

LAW OFFICES OF THOMAS G. AMON
Thomas G. Amon (*tamon@amonlaw.com*)
250 West 57th Street, Suite 1316
New York, NY 10107
(212) 810-2430
Fax: (212) 810-2427

ROBBINS UMEDA LLP
Brian James Robbins (*brobbins@robbinsumeda.com*)
Kevin A. Seely (*kseely@robbinsumeda.com*)
Jay N. Razzouk (*jrazzouk@robbinsumeda.com*)
600 B Street
Suite 1900
San Diego, CA 92101
(619)525-3990
Fax: (619) 525-3991

2

LAW OFFICES OF ALFRED G. YATES, JR., P.C.
Alfred G. Yates , Jr. (*yateslaw@aol.com*)
429 Forbes Avenue
Pittsburgh, PA 15219
(412) 391-5164

Attorneys for Plaintiff Harold G. Mallon

Dated: New York, New York
     April 18 , 2012

DEBEVOISE & PLIMPTON LLP
Maeve O'Connor (*mloconno@debevoise.com*)
Elliot Greenfield (*egreenfield@debevoise.com*)
Kaitlin T. Farrell (*ktfarrel@debevoise.com*)
919 Third Avenue
New York, New York  10022
(212) 909-6000
Fax: (212) 909-6836

Attorneys for defendants Steven A. Kandarian, Eric
T. Steigerwalt, William J. Wheeler, Peter M. Carlson,
Cheryl W. Grisé, Hugh B. Price, John M. Keane,
Kenton J. Sicchitano, Sylvia Mathews Burwell, James
M. Kilts, R. Glenn Hubbard, David Satcher, Eduardo
Castro-Wright, Lulu C. Wang, Catherine R. Kinney,
Alfred F. Kelly, Jr., C. Robert Henrikson, and
William J. Mullaney, and nominal defendant,
MetLife, Inc.

SO ORDERED this 19 day of April , 2012.

THE HONORABLE LEWIS A. KAPLAN
United States District Judge

3