UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

| | |
|---|---|
| HAROLD G. MALLON, Derivatively on Behalf of METLIFE, INC., | : : : : |
| Plaintiff, | : : : |
| v. | : : No. 12 Civ. 2323 (LAK) |
| STEVEN A. KANDARIAN, ERIC T. STEIGERWALT, WILLIAM J. WHEELER, PETER M. CARLSON, CHERYL W. GRISÉ, HUGH B. PRICE, JOHN M. KEANE, KENTON J. SICCHITANO, SYLVIA MATHEWS BURWELL, JAMES M. KILTS, R. GLENN HUBBARD, DAVID SATCHER, EDUARDO CASTRO-WRIGHT, LULU C. WANG, CATHERINE R. KINNEY, ALFRED F. KELLY, JR., C. ROBERT HENRIKSON, and WILLIAM J. MULLANEY, | : : NOTICE OF APPEARANCE AND : REQUEST FOR ELECTRONIC : NOTIFICATION : : : : : : |
| Defendants, | : : |
| -and- | : : |
| METLIFE, INC., a Delaware corporation, | : : : |
| Nominal Defendant. | : : |

------------------------------------- x

   PLEASE TAKE NOTICE that Defendants Steven A. Kandarian, Eric T. Steigerwalt, William J. Wheeler, Peter M. Carlson, Cheryl W. Grisé, Hugh B. Price, John M. Keane, Kenton J. Sicchitano, Sylvia Mathews Burwell, James M. Kilts, R. Glenn Hubbard, David Satcher, Eduardo Castro-Wright, Lulu C. Wang, Catherine R. Kinney, Alfred F. Kelly, Jr., C. Robert Henrikson, and William J. Mullaney, and Nominal Defendant, MetLife, Inc. appear in the case captioned above by their counsel, Elliot Greenfield of Debevoise & Plimpton LLP.  The

undersigned respectfully requests that notice of electronic filing of all papers in the within action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to him at the address given below.

Dated: April 27, 2012
      New York, New York

/s/ Elliot Greenfield

Elliot Greenfield (*egreenfi@debevoise.com*)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Phone: (212) 909-6000
Fax: (212) 909-6836

*Attorney for Defendants Steven A. Kandarian, Eric T. Steigerwalt, William J. Wheeler, Peter M. Carlson, Cheryl W. Grisé, Hugh B. Price, John M. Keane, Kenton J. Sicchitano, Sylvia Mathews Burwell, James M. Kilts, R. Glenn Hubbard, David Satcher, Eduardo Castro-Wright, Lulu C. Wang, Catherine R. Kinney, Alfred F. Kelly, Jr., C. Robert Henrikson, and William J. Mullaney, and Nominal Defendant MetLife, Inc.*

2