UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
HAROLD G. MALLON, Derivatively on Behalf of :
METLIFE, INC., :
:
:
      Plaintiff, :
:
:
 v. :
: No. 12 Civ. 2323 (LAK)
STEVEN A. KANDARIAN, ERIC T. :
STEIGERWALT, WILLIAM J. WHEELER, PETER : NOTICE OF APPEARANCE AND
M. CARLSON, CHERYL W. GRISÉ, HUGH B. : REQUEST FOR ELECTRONIC
PRICE, JOHN M. KEANE, KENTON J. : NOTIFICATION
SICCHITANO, SYLVIA MATHEWS BURWELL, :
JAMES M. KILTS, R. GLENN HUBBARD, DAVID :
SATCHER, EDUARDO CASTRO-WRIGHT, LULU :
C. WANG, CATHERINE R. KINNEY, ALFRED F. :
KELLY, JR., C. ROBERT HENRIKSON, and :
WILLIAM J. MULLANEY, :
:
      Defendants, :
:
 -and- :
:
METLIFE, INC., a Delaware corporation, :
:
:
Nominal Defendant. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

  PLEASE TAKE NOTICE that Defendants Steven A. Kandarian, Eric T. Steigerwalt,

William J. Wheeler, Peter M. Carlson, Cheryl W. Grisé, Hugh B. Price, John M. Keane, Kenton

J. Sicchitano, Sylvia Mathews Burwell, James M. Kilts, R. Glenn Hubbard, David Satcher,

Eduardo Castro-Wright, Lulu C. Wang, Catherine R. Kinney, Alfred F. Kelly, Jr., C. Robert

Henrikson, and William J. Mullaney, and Nominal Defendant, MetLife, Inc. appear in the case

captioned above by their counsel, Kaitlin Farrell of Debevoise & Plimpton LLP.  The

undersigned respectfully requests that notice of electronic filing of all papers in the within action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to her at the address given below.

Dated: April 27, 2012
       New York, New York

/s/ Kaitlin T. Farrell

Kaitlin T. Farrell (*ktfarrel@debevoise.com*)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Phone: (212) 909-6000
Fax: (212) 909-6836

*Attorney for Defendants Steven A. Kandarian, Eric T. Steigerwalt, William J. Wheeler, Peter M. Carlson, Cheryl W. Grisé, Hugh B. Price, John M. Keane, Kenton J. Sicchitano, Sylvia Mathews Burwell, James M. Kilts, R. Glenn Hubbard, David Satcher, Eduardo Castro-Wright, Lulu C. Wang, Catherine R. Kinney, Alfred F. Kelly, Jr., C. Robert Henrikson, and William J. Mullaney, and Nominal Defendant MetLife, Inc.*