| | | For Court Use Only |
|---|---|---|
| *Attorney or Party without Attorney:* <br> Thomas G. Amon, Esq. <br> Law Offices of Thomas G. Amon <br> 250 West 57th Street, Suite 1316 <br> New York, NY 10107 <br> *Telephone No:* 212-810-2430    *FAX No:* 212-810-2427 | | |

*Ref. No. or File No.:*

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
  United States District Court - Southern District Of New York

*Plaintiff:* Harold G. Mallon, et al.,

*Defendant:* Steven A. Kandarian, et al.,

| **AFFIDAVIT OF SERVICE** <br> **Summons / Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* <br> 12CIV2323 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Verified Shareholder Derivative Complaint; ECF Rules & Instructions

*3. a. Party served:*                        Peter M. Carlson

*4. Address where the party was served:*           1935 Harris Road
                                 Charlotte, NC 28211

*5. I served the party:*
   b. **by substituted service.** On: Fri., Mar. 30, 2012 at: 3:33PM by leaving the copies with or in the presence of:
                                 Connie Carlson, Spouse / Co-Occupant, Caucasian, Female, 50 Years Old,
                                 Brown Hair, 5 Feet 6 Inches, 150 Pounds
   (2) **(Home)**Competent Member of the Household over 18. I informed him or her of the general nature of the papers.

*7. Person Who Served Papers:*                *Fee for Service:*
   a. Jeff Merritt                     I Declare under penalty of perjury under the laws of the State of
   b. **Class Action Research & Litigation**       NORTH CAROLINA that the foregoing is true and correct.
     P O Box 740
     Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955      4·12·12
                                 *(Date)*                    *(Signature)*

8. *STATE OF NORTH CAROLINA, COUNTY OF* Forsyth
   *Subscribed and sworn to (or affirmed) before me on this* 12 *day of* April, 2012 *by* Jeff Merritt

*proved to me on the basis of satisfactory evidence to be the person who appeared before me.*

RACHEL BRYANT
Notary Public, North Carolina
Forsyth County
My Commission Expires
March 04, 2014

**AFFIDAVIT OF SERVICE**
Summons / Complaint                    *(Notary Signature)*

thamo.126980