| Attorney or Party without Attorney:<br>Thomas G. Amon, Esq.<br>Law Offices of Thomas G. Amon<br>250 West 57th Street, Suite 1316<br>New York, NY 10107<br>Telephone No: 212-810-2430   FAX No: 212-810-2427 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court - Southern District Of New York

Plaintiff: Harold G. Mallon, et al.,
Defendant: Steven A. Kandarian, et al.,

| **AFFIDAVIT OF SERVICE**<br>**Summons / Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>12CIV2323 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Verified Shareholder Derivative Complaint; ECF Rules & Instructions

3. a. Party served:     David Satcher
   b. Person served:   David Satcher, Personally, African American, Male, 55 Years Old, Gray Hair, Brown Eyes, 5 Feet 9 Inches, 190 Pounds

4. Address where the party was served:   Morehouse School of Medicine
   720 Westview Drive
   Atlanta, GA  30310

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Apr. 12, 2012 (2) at: 11:40AM

7. Person Who Served Papers:
   a. Earl Gayle
   b. **Class Action Research & Litigation**
      P O Box 740
      Penryn, CA  95663
   c. (916) 663-2562, FAX (916) 663-4955

Fee for Service:
I Declare under penalty of perjury under the laws of the State of GEORGIA that the foregoing is true and correct.

4-16-12
(Date)                        (Signature)

8. STATE OF GEORGIA, COUNTY OF Dekalb
   Subscribed and sworn to (or affirmed) before me on this 16 day of April_____ by Earl Gayle
   proved to me on the basis of satisfactory evidence to be the person who appeared before me.

   (Notary Signature)

   AFFIDAVIT OF SERVICE
   Summons / Complaint

   thamo.126988