| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Thomas G. Amon, Esq.<br>Law Offices of Thomas G. Amon<br>250 West 57th Street, Suite 1316<br>New York, NY 10107<br>Telephone No: 212-810-2430   FAX No: 212-810-2427 | | | | |
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| United States District Court - Southern District Of New York | | | | |
| Plaintiff: Harold G. Mallon, et al., | | | | |
| Defendant: Steven A. Kandarian, et al., | | | | |
| **AFFIDAVIT OF SERVICE**<br>**Summons / Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>12CIV2323 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Verified Shareholder Derivative Complaint; ECF Rules & Instructions

3. a. Party served:   Kenton J. Sicchitano
   b. Person served:   Kenton J. Sicchitano, Personally, Caucasian, Male, 75 Years Old, White Hair, Glasses, 5 Feet 8 Inches, 190 Pounds

4. Address where the party was served:   6573 Marissa Loop, Apt 2005
   Naples, FL 34108

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Sat., Mar. 31, 2012 (2) at: 8:32AM

7. **Person Who Served Papers:**
   a. Steven Scott Karo
   b. Class Action Research & Litigation
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   *Fee for Service:*
   I Declare under penalty of perjury under the laws of the State of FLORIDA that the foregoing is true and correct.

   APR 1 2 2012
   (Date)   (Signature)

8. STATE OF FLORIDA, COUNTY OF Collier
   Subscribed and sworn to (or affirmed) before me on this 12 day of April _____ by Steven Scott Karo proved to me on the basis of satisfactory evidence to be the person who appeared before me.

   AFFIDAVIT OF SERVICE
   Summons / Complaint
   (Notary Signature)
   thamo.126989



LAWRENCE J. MUDD JR
MY COMMISSION # DD800178
EXPIRES June 23, 2012
(407)398-0153   FloridaNotaryService.com