| Attorney or Party without Attorney: Thomas G. Amon, Esq. <br> Law Offices of Thomas G. Amon <br> 250 West 57th Street, Suite 1316 <br> New York, NY 10107 <br> Telephone No: 212-810-2430   FAX No: 212-810-2427 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - Southern District Of New York | | | | |
| Plaintiff: Harold G. Mallon, et al., | | | | |
| Defendant: Steven A. Kandarian, et al., | | | | |
| **AFFIDAVIT OF SERVICE** <br> **Summons / Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 12CIV2323 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Verified Shareholder Derivative Complaint; Ecf Rules & Instructions

3. a. Party served:       Eric T. Steigerwalt

4. Address where the party was served:    160 Fox Chase Road
   Chester, NJ 07930

5. I served the party:
   b. **by substituted service.** On: Thu., Mar. 29, 2012 at: 7:10PM by leaving the copies with or in the presence of:
   Jennifer Steigerwalt, Spouse / Co-Occupant, Caucasian, Female, 40 Years Old, Brown Hair, 5 Feet 6 Inches, 125 Pounds
   (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left. I mailed the document on: Thu., Mar. 29, 2012 from: Penryn, CA

7. **Person Who Served Papers:**
   a. Jerry Colasurdo
   b. **Class Action Research & Litigation**
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   *Fee for Service:*
   I Declare under penalty of perjury under the laws of the State of NEW JERSEY that the foregoing is true and correct.

   4/12/12
   (Date)            (Signature)

8. STATE OF NEW JERSEY, COUNTY OF __Morris__
   Subscribed and sworn to (or affirmed) before me on this __12th__ day of __April, 2012__ by Jerry Colasurdo
   proved to me on the basis of satisfactory evidence to be the person who appeared before me.

   AFFIDAVIT OF SERVICE
   Summons / Complaint

   (Notary Signature)        thamo.126990

   ROBERT CIFELLI
   NOTARY PUBLIC OF NEW JERSEY
   My Commission Expires Oct. 6, 2013