UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
City of Westland Police and Fire
Retirement System, et al.,

                Plaintiff,                12-CV-256 (LAK)

  -against-

Metlife, Inc., et al.,
                Defendant.
------------------------------------------------------------x
Harold G. Mallon,

                Plaintiff,                12-CV-2323 (LAK)

  -against-

Steven A. Kandarian, et al.,
                Defendant.
------------------------------------------------------------x
Congetta J. Martino, et al,

                Plaintiff,                12-CV-3110 (LAK)

  -against-

Steven A. Kandarian, et al.,
                Defendants.
------------------------------------------------------------x

ORDER

An initial pretrial conference will be held on June 27, 2012 at 11:00am.

SO ORDERED.

Dated:    May 21, 2012

Hon. Lewis A. Kaplan,
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/12