UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

Harold G. Mallon,

                Plaintiff,                         12-CV-2323 (LAK)

    -against-

Steven A. Kandarian, et al.,

                Defendant.

--------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/12

ORDER

KAPLAN, District Judge.

      In accordance with Section 1 of the Standing Order in In re Pilot Project Regarding Case Management Techniques for Complex Civil Cases in the Southern District of New York, the undersigned hereby determines that this case shall NOT be designated for inclusion in the project.


      SO ORDERED.

Dated: May 21, 2012

                                             Lewis A. Kaplan
                                     United States District Judge