Kaplan J



**RECEIVED**
JUN 05 2012
JUDGE KAPLAN'S CHAMBERS

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

HAROLD G. MALLON, Derivatively on Behalf of METLIFE, INC.,

        Plaintiff,

v.

STEVEN A. KANDARIAN, ERIC T. STEIGERWALT, WILLIAM J. WHEELER, PETER M. CARLSON, CHERYL W. GRISE, HUGH B. PRICE, JOHN M. KEANE, KENTON J. SICCHITANO, SYLVIA MATHEWS BURWELL, JAMES M. KILTS, R. GLENN HUBBARD, DAVID SATCHER, EDUARDO CASTRO-WRIGHT, LULU C. WANG, CATHERINE R. KINNEY, ALFRED F. KELLY, JR., C. ROBERT HENRIKSON, and WILLIAM J. MULLANEY,

        Defendants,

-and-

METLIFE, INC., a Delaware corporation,

        Nominal Defendant.

---

Case No. 1:12-cv-02323-LAK

ECF CASE

**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING AND STAYING RELATED ACTIONS**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/20/12

[Captioned continued on following page]

23674462v2

|  | X |  |
|---|---|---|
| CONGETTA J. MARTINO, PHILIP E. RICCIARDI, and PHYLLIS D. RICCIARDI, Derivatively on Behalf of METLIFE, INC., | : : : : | Case No. 1:12-cv-03110 |
| Plaintiffs, | : : |  |
| v. | : |  |
| STEVEN A. KANDARIAN, ERIC T. STEIGERWALT, WILLIAM J. WHEELER, PETER M. CARLSON, CHERYL W. GRISE, HUGH B. PRICE, JOHN M. KEANE, KENTON J. SICCHITANO, SYLVIA MATHEWS BURWELL, JAMES M. KILTS, R. GLENN HUBBARD, DAVID SATCHER, EDUARDO CASTRO-WRIGHT, LULU C. WANG, CATHERINE R. KINNEY, ALFRED F. KELLY, JR., C. ROBERT HENRIKSON, and WILLIAM J. MULLANEY, | : : : : : : : : : : : : |  |
| Defendants, | : : |  |
| -and- | : : |  |
| METLIFE, INC., a Delaware corporation, | : : |  |
| Nominal Defendant. | X |  |

23674462v2

WHEREAS, plaintiff Harold G. Mallon filed his Verified Shareholder Derivative Complaint of Breach of Fiduciary Duties, Waste of Corporate Assets, and Unjust Enrichment on March 28, 2012 (the "*Mallon* Action");

WHEREAS, plaintiffs Congetta J. Martino, Philip E. Ricciardi, and Phyllis D. Ricciardi filed their Verified Shareholder Derivative Complaint of Breach of Fiduciary Duties, Waste of Corporate Assets, and Unjust Enrichment on April 19, 2012 (the "*Martino* Action");

WHEREAS, the parties agree that the *Mallon* Action and the *Martino* Action (collectively, "Actions") involve identical questions of law and fact and, in the interests of justice and efficiency, should be consolidated for all purposes, including pre-trial proceedings and trial, pursuant to Rule 42 of the Federal Rules of Civil Procedure;

WHEREAS, two shareholder derivative cases, *Fishbaum v. Kandarian* and *Batchelder v. Burwell* (the "State Court Actions") were previously filed in the Supreme Court of the State of New York on January 7, 2012 and March 6, 2012, respectively;

WHEREAS, the Actions and the State Court Actions involve common questions of law and fact;

WHEREAS, plaintiffs agree to coordinate the litigation of the Actions with the plaintiffs in the State Court Actions; and

WHEREAS, the parties agree that, in the interests of judicial economy and to avoid duplicative and potentially inconsistent rulings, the Actions should be stayed pending further order of the Court.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective counsel of record, and subject to approval of the Court, as follows:

1. The following Actions are hereby consolidated for all purposes, including pre-trial proceedings and trial:

| Abbreviated Case Name | Case Number | Date Filed |
| --- | --- | --- |
| *Mallon v. Kandarian* | 1:12-cv-02323-LAK | March 28, 2012 |
| *Martino v. Kandarian* | 1:12-cv-03110 | April 19, 2012 |

2. The files of these consolidated Actions will be maintained in one file under Lead Case No. 1:12-cv-02323-LAK.

3. The Actions are hereby stayed pending further order of the Court.

4. The parties will update the Court every 90 days regarding the status of the derivative claims.

Dated: June 4, 2012

LAW OFFICES OF THOMAS G. AMON

Thomas Amon w/ permission Jay Razzouk
THOMAS G. AMON
250 West 57th Street, Suite 1316
New York, NY 10107
Telephone: (212) 810-2430
Facsimile: (212) 810-2427
E-mail: tamon@amonlaw.com

*Counsel for Plaintiffs Harold G. Mallon, Congetta J. Martino, and Philip E. Ricciardi*

ROBBINS UMEDA LLP
BRIAN J. ROBBINS
KEVIN A. SEELY
JAY N. RAZZOUK
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
Email: brobbins@robbinsumeda.com
kseely@robbinsumeda.com

jrazzouk@robbinsumeda.com

*Counsel for Plaintiffs Harold G. Mallon,
Congetta J. Martino, and Philip E. Ricciardi*

LAW OFFICES OF ALFRED G.
  YATES, JR., P.C.
ALFRED G. YATES JR.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Telephone: (412) 391-5164
Facsimile: (412) 471-1033
Email: yateslaw@aol.com

*Counsel for Plaintiffs Harold G. Mallon,
Congetta J. Martino, and Philip E. Ricciardi*

Dated: June 5, 2012

DEBEVOISE & PLIMPTON LLP
MAEVE L. O'CONNOR
ELLIOT GREENFIELD
KAITLIN T. FARRELL

_____
ELLIOT GREENFIELD

919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
E-mail: mloconnor@debevoise.com
        egreenfield@debevoise.com
        ktfarrell@debevoise.com

*Counsel for Defendants Steven A. Kandarian,
Eric T. Steigerwalt, William J. Wheeler, Peter
M. Carlson, Cheryl W. Grise, Hugh B. Price,
John M. Keane, Kenton J. Sicchitano, Sylvia
Matthews Burwell, James M. Kilts, R. Glenn
Hubbard, David Satcher, Eduardo Castro-
Wright, Lulu C. Wang, Catherine R. Kinney,
Alfred F. Kelly, Jr., C. Robert Henrikson, and
William J. Mullaney, and Nominal Defendant
MetLife, Inc.*

**SO ORDERED** this 20th day of June, 2012.

_____
HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE