**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| HAROLD G. MALLON, Derivatively on Behalf of METLIFE, INC., | X : : : Lead Case No. 1:12-cv-02323-LAK |
| Plaintiff, | : ECF CASE : |
| v. | : **STATUS REPORT REGARDING** : **STAY** |
| STEVEN A. KANDARIAN, ERIC T. STEIGERWALT, WILLIAM J. WHEELER, PETER M. CARLSON, CHERYL W. GRISÉ, HUGH B. PRICE, JOHN M. KEANE, KENTON J. SICCHITANO, SYLVIA MATHEWS BURWELL, JAMES M. KILTS, R. GLENN HUBBARD, DAVID SATCHER, EDUARDO CASTRO-WRIGHT, LULU C. WANG, CATHERINE R. KINNEY, ALFRED F. KELLY, JR., C. ROBERT HENRIKSON, and WILLIAM J. MULLANEY, | : : : : : : : : : : |
| Defendants, | : : |
| -and- | : : |
| METLIFE, INC., a Delaware corporation, | : : |
| Nominal Defendant. | : X |

Counsel for plaintiffs Harold G. Mallon, Congetta J. Martino, Philip E. Ricciardi, and Phyllis D. Ricciardi (collectively, the "Plaintiffs"), together with counsel for defendants Steven A. Kandarian, Eric T. Steigerwalt, William J. Wheeler, Peter M. Carlson, Cheryl W. Grisé, Hugh B. Price, John M. Keane, Kenton J. Sicchitano, Sylvia Mathews Burwell, James M. Kilts, R. Glenn Hubbard, David Satcher, Eduardo Castro-Wright, Lulu C. Wang, Catherine R. Kinney, Alfred F. Kelly, Jr., C. Robert Henrikson, William J. Mullaney, and nominal defendant MetLife, Inc., jointly submit this status report pursuant to the Court's Order Consolidating and Staying Related Actions ("Consolidation & Stay Order") dated June 20, 2012.

On June 20, 2012, this consolidated derivative action was stayed pending further order of this Court.

On August 22, 2012, plaintiffs in related shareholder derivative litigation consolidated in the Supreme Court of the State of New York under the caption *In re: MetLife Shareholder Derivative Action* ("State Action") filed their First Amended Shareholder Derivative Complaint ("Amended Complaint").

Currently, defendants in the State Action must file an answer or otherwise respond to the Amended Complaint no later than October 9, 2012, and plaintiffs must file opposition papers to any dispositive motion no later than November 26, 2012.

This action remains stayed pending further order of the Court and the parties agree that this action should continue to remain stayed at this time.

The parties will continue to update this Court on the status of the derivative claims every 90 days.

Dated: September 18, 2012

LAW OFFICES OF THOMAS G. AMON

_____
THOMAS G. AMON
250 West 57th Street, Suite 1316
New York, NY 10107
Telephone: (212) 810-2430

- 1 -

|  |  |
|---|---|
|  | Facsimile: (212) 810-2427<br>E-mail: tamon@amonlaw.com<br><br>ROBBINS UMEDA LLP<br>BRIAN J. ROBBINS<br>KEVIN A. SEELY<br>JAY N. RAZZOUK<br>600 B Street, Suite 1900<br>San Diego, CA 92101<br>Telephone: (619) 525-3990<br>Facsimile: (619) 525-3991<br>Email: brobbins@robbinsumeda.com<br>      kseely@robbinsumeda.com<br>      jrazzouk@robbinsumeda.com<br><br>LAW OFFICES OF ALFRED G.<br>  YATES, JR., P.C.<br>ALFRED G. YATES JR.<br>519 Allegheny Building<br>429 Forbes Avenue<br>Pittsburgh, PA 15219<br>Telephone: (412) 391-5164<br>Facsimile: (412) 471-1033<br>Email: yateslaw@aol.com<br><br>*Counsel for Plaintiffs Harold G. Mallon,<br>Congetta J. Martino, and Philip E. Ricciardi* |
| Dated: September 18, 2012 | DEBEVOISE & PLIMPTON LLP<br>MAEVE O'CONNOR<br>ELLIOT GREENFIELD<br>ANNA MOODY<br><br>/s/ Elliot Greenfield<br>_____<br>ELLIOT GREENFIELD<br><br>919 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 909-6000<br>Facsimile: (212) 909-6836<br>E-mail: mloconnor@debevoise.com<br>      egreenfield@debevoise.com<br>      amoody@debevoise.com<br><br>*Counsel for defendants Steven A. Kandarian,<br>Eric T. Steigerwalt, William J. Wheeler, Peter<br>M. Carlson, Cheryl W. Grise, Hugh B. Price,<br>John M. Keane, Kenton J. Sicchitano, Sylvia<br>Matthews Burwell, James M. Kilts, R. Glenn<br>Hubbard, David Satcher, Eduardo Castro-<br>Wright, Lulu C. Wang, Catherine R. Kinney,<br>Alfred F. Kelly, Jr., C. Robert Henrikson, and<br>William J. Mullaney, and nominal defendant<br>MetLife, Inc.* |

769421