UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

HAROLD G. MALLON, Derivatively on Behalf of METLIFE, INC.,

           Plaintiff,

v.

STEVEN A. KANDARIAN, ERIC T. STEIGERWALT, WILLIAM J. WHEELER, PETER M. CARLSON, CHERYL W. GRISÉ, HUGH B. PRICE, JOHN M. KEANE, KENTON J. SICCHITANO, SYLVIA MATHEWS BURWELL, JAMES M. KILTS, R. GLENN HUBBARD, DAVID SATCHER, EDUARDO CASTRO-WRIGHT, LULU C. WANG, CATHERINE R. KINNEY, ALFRED F. KELLY, JR., C. ROBERT HENRIKSON, and WILLIAM J. MULLANEY,

           Defendants,

-and-

METLIFE, INC., a Delaware corporation,

           Nominal Defendant.

---------------------------------------------------------------X

Lead Case No. 1:12-cv-02323-LAK

ECF CASE

**STATUS REPORT REGARDING STAY**

Counsel for plaintiffs Harold G. Mallon, Congetta J. Martino, Philip E. Ricciardi, and Phyllis D. Ricciardi (collectively, the "Plaintiffs"), together with counsel for defendants Steven A. Kandarian, Eric T. Steigerwalt, William J. Wheeler, Peter M. Carlson, Cheryl W. Grisé, Hugh B. Price, John M. Keane, Kenton J. Sicchitano, Sylvia Mathews Burwell, James M. Kilts, R. Glenn Hubbard, David Satcher, Eduardo Castro-Wright, Lulu C. Wang, Catherine R. Kinney, Alfred F. Kelly, Jr., C. Robert Henrikson, William J. Mullaney, and nominal defendant MetLife, Inc., jointly submit this status report pursuant to the Court's Order Consolidating and Staying Related Actions dated June 20, 2012.

On June 20, 2012, this consolidated derivative action was stayed pending further order of

this Court.

On October 9, 2012, defendants in the related shareholder derivative litigation consolidated in the Supreme Court of the State of New York under the caption *In re: MetLife Shareholder Derivative Action* filed their motion to dismiss the amended complaint. On November 26, 2012, the plaintiffs filed their opposition brief. Defendants' motion to dismiss will be fully briefed as of December 17, 2012.

This action remains stayed pending further order of the Court and the parties agree that this action should continue to remain stayed at this time. The parties will continue to update this Court on the status of the derivative claims every 90 days.

Dated: December 14, 2012

LAW OFFICES OF THOMAS G. AMON

/s/ Thomas G. Amon
THOMAS G. AMON
250 West 57th Street, Suite 1316
New York, NY 10107
Telephone: (212) 810-2430
Facsimile: (212) 810-2427
E-mail: tamon@amonlaw.com

ROBBINS UMEDA LLP
BRIAN J. ROBBINS
KEVIN A. SEELY
JAY N. RAZZOUK
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
Email: brobbins@robbinsumeda.com
       kseely@robbinsumeda.com
       jrazzouk@robbinsumeda.com

LAW OFFICES OF ALFRED G.
  YATES, JR., P.C.
ALFRED G. YATES JR.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Telephone: (412) 391-5164
Facsimile: (412) 471-1033
Email: yateslaw@aol.com

*Counsel for Plaintiffs Harold G. Mallon, Congetta J. Martino, and Philip E. Ricciardi*

Dated: December 14, 2012

DEBEVOISE & PLIMPTON LLP
MAEVE L. O'CONNOR
ELLIOT GREENFIELD
ANNA A. MOODY

_____/s/ Elliot Greenfield w/permission_____
ELLIOT GREENFIELD

919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
E-mail: mloconnor@debevoise.com
　　　　egreenfield@debevoise.com
　　　　amoody@debevoise.com

*Counsel for defendants Steven A. Kandarian, Eric T. Steigerwalt, William J. Wheeler, Peter M. Carlson, Cheryl W. Grise, Hugh B. Price, John M. Keane, Kenton J. Sicchitano, Sylvia Matthews Burwell, James M. Kilts, R. Glenn Hubbard, David Satcher, Eduardo Castro-Wright, Lulu C. Wang, Catherine R. Kinney, Alfred F. Kelly, Jr., C. Robert Henrikson, and William J. Mullaney, and nominal defendant MetLife, Inc.*

821017