UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------
Harold G. Mallon, derivatively on behalf of METLIFE, Inc.     Plaintiff,

Case No.  1:12-cv-02323-LAK

-against-

Steven A. Kandarian, et al.     Defendant.
------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_____Kevin A. Seely_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is __CA199982_____

I am,

[ ] An attorney
[ ] A Government Agency attorney
[✓] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Robbins Umeda LLP
             FIRM ADDRESS: 600 B Street, Suite 1900, San Diego, CA 92103
             FIRM TELEPHONE NUMBER: (619) 525-3990
             FIRM FAX NUMBER: (619) 525-3991

NEW FIRM:    FIRM NAME: Robbins Arroyo LLP
             FIRM ADDRESS: 600 B Street, Suite 1900, San Diego, CA 92103
             FIRM TELEPHONE NUMBER: (619) 525-3990
             FIRM FAX NUMBER: (619) 525-3991

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 01/11/2013

s/Kevin A. Seely
_____
ATTORNEY'S SIGNATURE

## CERTIFICATE OF SERVICE

I hereby certify that, on January 11, 2013, I caused the foregoing document to be filed via the ECF system and to be served electronically upon all participants identified in the Notice of Electronic Filing.

Dated: January 11, 2013
                                                                           s/Kevin A. Seely
                                                                           KEVIN A. SEELY