UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------
Harold G. Mallon, derivatively on behalf of METLIFE, Inc.   Plaintiff,

Case No. 1:12-cv-02323-LAK

-against-

Steven A. Kandarian, et al.   Defendant.
------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Jay N. Razzouk
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____   My State Bar Number is  CA258511

I am,

[ ] An attorney
[ ] A Government Agency attorney
[✓] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Robbins Umeda LLP
            FIRM ADDRESS: 600 B Street, Suite 1900, San Diego, CA 92103
            FIRM TELEPHONE NUMBER: (619) 525-3990
            FIRM FAX NUMBER: (619) 525-3991

NEW FIRM:   FIRM NAME: Robbins Arroyo LLP
            FIRM ADDRESS: 600 B Street, Suite 1900, San Diego, CA 92103
            FIRM TELEPHONE NUMBER: (619) 525-3990
            FIRM FAX NUMBER: (619) 525-3991

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 01/11/2013

s/Jay N. Razzouk
_____
ATTORNEY'S SIGNATURE

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 11, 2013, I caused the foregoing document to be filed via the ECF system and to be served electronically upon all participants identified in the Notice of Electronic Filing.

Dated: January 11, 2013

s/Jay N. Razzouk
JAY N. RAZZOUK