**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | X | |
| HAROLD G. MALLON, Derivatively on Behalf of METLIFE, INC., | : | Lead Case No. 1:12-cv-02323-LAK |
| | : | |
| Plaintiff, | : | ECF CASE |
| | : | |
| v. | : | |
| | : | **JOINT STATUS REPORT** |
| STEVEN A. KANDARIAN, ERIC T. STEIGERWALT, WILLIAM J. WHEELER, PETER M. CARLSON, CHERYL W. GRISÉ, HUGH B. PRICE, JOHN M. KEANE, KENTON J. SICCHITANO, SYLVIA MATHEWS BURWELL, JAMES M. KILTS, R. GLENN HUBBARD, DAVID SATCHER, EDUARDO CASTRO-WRIGHT, LULU C. WANG, CATHERINE R. KINNEY, ALFRED F. KELLY, JR., C. ROBERT HENRIKSON, and WILLIAM J. MULLANEY, | : | **REGARDING STAY** |
| | : | |
| Defendants, | : | |
| | : | |
| -and- | : | |
| | : | |
| METLIFE, INC., a Delaware corporation, | : | |
| | : | |
| Nominal Defendant. | : | |
| | X | |

Counsel for plaintiffs Harold G. Mallon, Congetta J. Martino, Philip E. Ricciardi, and Phyllis D. Ricciardi (collectively, the "Plaintiffs"), together with counsel for defendants Steven A. Kandarian, Eric T. Steigerwalt, William J. Wheeler, Peter M. Carlson, Cheryl W. Grisé, Hugh B. Price, John M. Keane, Kenton J. Sicchitano, Sylvia Mathews Burwell, James M. Kilts, R. Glenn Hubbard, David Satcher, Eduardo Castro-Wright, Lulu C. Wang, Catherine R. Kinney, Alfred F. Kelly, Jr., C. Robert Henrikson, William J. Mullaney (collectively, the "Individual Defendants"), and nominal defendant MetLife, Inc., jointly submit this status report pursuant to the Court's Order Consolidating and Staying Related Actions dated June 20, 2012.

On June 20, 2012, this consolidated derivative action was stayed pending further order of

this Court.

A fully-briefed motion to dismiss is currently pending in the related shareholder derivative litigation consolidated in the Supreme Court of the State of New York ("State Court") under the caption *In re: MetLife Shareholder Derivative Action*.  The State Court has set defendants' motion to dismiss for hearing on April 5, 2013.

**Plaintiffs' Additional Update**

On February 28, 2013, the Court granted in part and denied in part motions to dismiss that were filed in the factually-related federal securities class action, *City of Westland Police & Fire Retirement System v. MetLife, Inc.*, Case No. 12 Civ. 0256 (LAK) ("Class Action").  The Class Action, like the derivative litigation, involves the Individual Defendants (except defendant Steigerwalt) and nominal defendant MetLife, Inc.

**Defendants' Response:**

The Court's February 28, 2013 Memorandum Opinion in the *City of Westland* matter has no bearing on the derivative litigation currently pending in the State Court.

**Conclusion**

This action remains stayed pending further order of the Court and the parties agree that this action should continue to remain stayed at this time.  The parties will continue to update this Court on the status of the derivative claims every 90 days.

Dated: March 15, 2013

LAW OFFICES OF THOMAS G. AMON

/s/ Thomas G. Amon
THOMAS G. AMON

250 West 57th Street, Suite 1316
New York, NY 10107
Telephone: (212) 810-2430
Facsimile: (212) 810-2427
E-mail: tamon@amonlaw.com

23858325v2

ROBBINS UMEDA LLP
BRIAN J. ROBBINS
KEVIN A. SEELY
JAY N. RAZZOUK
600 B Street, Suite 1900
San Diego, CA 92101
Telephone:  (619) 525-3990
Facsimile:  (619) 525-3991
Email: brobbins@robbinsumeda.com
          kseely@robbinsumeda.com
          jrazzouk@robbinsumeda.com

LAW OFFICES OF ALFRED G.
  YATES, JR., P.C.
ALFRED G. YATES JR.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA  15219
Telephone: (412) 391-5164
Facsimile:  (412) 471-1033
Email: yateslaw@aol.com

*Counsel for Plaintiffs Harold G. Mallon,
Congetta J. Martino, and Philip E. Ricciardi*

Dated: March 15, 2013                 DEBEVOISE & PLIMPTON LLP
                                      MAEVE L. O'CONNOR
                                      ELLIOT GREENFIELD
                                      ANNA A. MOODY

                                      /s/ Elliot Greenfield
                                      ELLIOT GREENFIELD

919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Facsimile:  (212) 909-6836
E-mail: mloconnor@debevoise.com
          egreenfield@debevoise.com
          amoody@debevoise.com

*Counsel for defendants Steven A. Kandarian,
Eric T. Steigerwalt, William J. Wheeler, Peter
M. Carlson, Cheryl W. Grise, Hugh B. Price,
John M. Keane, Kenton J. Sicchitano, Sylvia
Matthews Burwell, James M. Kilts, R. Glenn
Hubbard, David Satcher, Eduardo Castro-
Wright, Lulu C. Wang, Catherine R. Kinney,
Alfred F. Kelly, Jr., C. Robert Henrikson, and
William J. Mullaney, and nominal defendant
MetLife, Inc.*

23858325v2