UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| HAROLD G. MALLON, Derivatively on Behalf of METLIFE, INC., | : : : | Lead Case No. 1:12-cv-02323-LAK |
| Plaintiff, | : : | ECF CASE |
| v. | : : | |
| STEVEN A. KANDARIAN, ERIC T. STEIGERWALT, WILLIAM J. WHEELER, PETER M. CARLSON, CHERYL W. GRISÉ, HUGH B. PRICE, JOHN M. KEANE, KENTON J. SICCHITANO, SYLVIA MATHEWS BURWELL, JAMES M. KILTS, R. GLENN HUBBARD, DAVID SATCHER, EDUARDO CASTRO-WRIGHT, LULU C. WANG, CATHERINE R. KINNEY, ALFRED F. KELLY, JR., C. ROBERT HENRIKSON, and WILLIAM J. MULLANEY, | : : : : : : : : : : | **JOINT STATUS REPORT REGARDING STAY** |
| Defendants, | : : | |
| -and- | : : | |
| METLIFE, INC., a Delaware corporation, | : : | |
| Nominal Defendant. | : | |

Counsel for plaintiffs Harold G. Mallon, Congetta J. Martino, Philip E. Ricciardi, and Phyllis D. Ricciardi (collectively, the "Plaintiffs"), together with counsel for defendants Steven A. Kandarian, Eric T. Steigerwalt, William J. Wheeler, Peter M. Carlson, Cheryl W. Grisé, Hugh B. Price, John M. Keane, Kenton J. Sicchitano, Sylvia Mathews Burwell, James M. Kilts, R. Glenn Hubbard, David Satcher, Eduardo Castro-Wright, Lulu C. Wang, Catherine R. Kinney, Alfred F. Kelly, Jr., C. Robert Henrikson, William J. Mullaney (collectively, the "Individual Defendants"), and nominal defendant MetLife, Inc., jointly submit this status report pursuant to the Court's Order Consolidating and Staying Related Actions dated June 20, 2012.

On June 20, 2012, this consolidated derivative action was stayed pending further order of

this Court.

A fully-briefed motion to dismiss is currently pending in the related shareholder derivative litigation consolidated in the Supreme Court of the State of New York ("State Court") under the caption *In re: MetLife Shareholder Derivative Action*. The State Court heard defendants' motion to dismiss on April 5, 2013, but has not yet issued its ruling.

**Plaintiffs' Additional Update**

Plaintiffs previously noted the status of the factually-related securities fraud class action, *City of Westland Police & Fire Retirement System v. MetLife, Inc.*, Case No. 12 Civ. 0256 (LAK) (the "Class Action). At that time, the Court had recently granted in part and denied in part defendants' motions to dismiss on February 28, 2013. Now pending in the Class Action are at least two motions: (1) a motion for reconsideration of the Court's February 28, 2013 order, filed by defendants in that case; and (2) a motion for leave to file a second amended complaint, filed by the plaintiff.

**Defendants' Response:**

As Defendants have previously noted, the Court's February 28, 2013 Memorandum Opinion in the *City of Westland* matter has no bearing on the derivative litigation currently pending in the State Court.

**Conclusion**

This action remains stayed pending further order of the Court and the parties agree that this action should continue to remain stayed at this time. The parties will continue to update this Court on the status of the derivative claims every 90 days.

Dated: June 13, 2013                                LAW OFFICES OF THOMAS G. AMON

                                                    /s/ Thomas G. Amon
                                                    THOMAS G. AMON
                                                    250 West 57th Street, Suite 1316

      New York, NY 10107
Telephone: (212) 810-2430
Facsimile: (212) 810-2427
E-mail: tamon@amonlaw.com

ROBBINS UMEDA LLP
BRIAN J. ROBBINS
KEVIN A. SEELY
JAY N. RAZZOUK
600 B Street, Suite 1900
San Diego, CA 92101
Telephone:  (619) 525-3990
Facsimile:  (619) 525-3991
Email: brobbins@robbinsumeda.com
       kseely@robbinsumeda.com
       jrazzouk@robbinsumeda.com

LAW OFFICES OF ALFRED G.
  YATES, JR., P.C.
ALFRED G. YATES JR.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA  15219
Telephone: (412) 391-5164
Facsimile:  (412) 471-1033
Email: yateslaw@aol.com

*Counsel for Plaintiffs Harold G. Mallon, Congetta J. Martino, and Philip E. Ricciardi*

Dated: June 13, 2013      DEBEVOISE & PLIMPTON LLP
MAEVE L. O'CONNOR
ELLIOT GREENFIELD
ANNA A. MOODY


      /s/ Elliot Greenfield w/permission
          ELLIOT GREENFIELD

919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Facsimile:  (212) 909-6836
E-mail: mloconnor@debevoise.com
      egreenfield@debevoise.com
      amoody@debevoise.com

*Counsel for defendants Steven A. Kandarian, Eric T. Steigerwalt, William J. Wheeler, Peter M. Carlson, Cheryl W. Grise, Hugh B. Price, John M. Keane, Kenton J. Sicchitano, Sylvia Matthews Burwell, James M. Kilts, R. Glenn Hubbard, David Satcher, Eduardo Castro-Wright, Lulu C. Wang, Catherine R. Kinney,*

                *Alfred F. Kelly, Jr., C. Robert Henrikson, and William J. Mullaney, and nominal defendant MetLife, Inc.*

875899