UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAROLD G. MALLON, Derivatively on Behalf of METLIFE, INC., | Lead Case No. 1:12-cv-02323-LAK |
| Plaintiff, | ECF CASE |
| v. | **NOTICE OF SUGGESTION OF DEATH** |
| STEVEN A. KANDARIAN, ERIC T. STEIGERWALT, WILLIAM J. WHEELER, PETER M. CARLSON, CHERYL W. GRISÉ, HUGH B. PRICE, JOHN M. KEANE, KENTON J. SICCHITANO, SYLVIA MATHEWS BURWELL, JAMES M. KILTS, R. GLENN HUBBARD, DAVID SATCHER, EDUARDO CASTRO-WRIGHT, LULU C. WANG, CATHERINE R. KINNEY, ALFRED F. KELLY, JR., C. ROBERT HENRIKSON, and WILLIAM J. MULLANEY, | |
| Defendants, | |
| -and- | |
| METLIFE, INC., a Delaware corporation, | |
| Nominal Defendant. | |

In accordance with Federal Rule of Civil Procedure 25(a), counsel for Plaintiffs note the death during the pendency of this action of Harold G. Mallon, one of four named shareholder plaintiffs in this action.

Consistent with the Court's June 20, 2012 Order Consolidating and Staying Related Actions, the claims at issue – which belong to nominal defendant MetLife and are asserted on its behalf – will continue to be prosecuted by the three remaining shareholder plaintiffs: Congetta J. Martino, Philip E. Ricciardi, and Phyllis D. Ricciardi.

Dated: December 13, 2013                Respectfully submitted,

LAW OFFICES OF THOMAS G. AMON

/s/ Thomas G. Amon
THOMAS G. AMON

250 West 57th Street, Suite 1316
New York, NY 10107
Telephone: (212) 810-2430
Facsimile: (212) 810-2427
E-mail: tamon@amonlaw.com
ROBBINS ARROYO LLP
BRIAN J. ROBBINS
KEVIN A. SEELY
JAY N. RAZZOUK
600 B Street, Suite 1900
San Diego, CA 92101
Telephone:  (619) 525-3990
Facsimile:  (619) 525-3991
Email: brobbins@robbinsarroyo.com
          kseely@robbinsarroyo.com
          jrazzouk@robbinsarroyo.com

LAW OFFICES OF ALFRED G.
  YATES, JR., P.C.
ALFRED G. YATES JR.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA  15219
Telephone: (412) 391-5164
Facsimile:  (412) 471-1033
Email: yateslaw@aol.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on December 13, 2013, I caused the foregoing document to be filed via the ECF system and to be served electronically upon all participants identified in the Notice of Electronic Filing.

I also hereby certify that I caused a true and correct copy of the Notice of Suggestion of Death be served via U.S. Mail to Stephen Mallon, Harold G. Mallon's estate's executor.

***EXECUTOR OF THE ESTATE OF HAROLD G. MALLON***

> Stephen Mallon
> 3718 Stearnlee Ave
> Long Beach, CA 90808

/s/ Thomas G. Amon
THOMAS G. AMON